Weeks-Thorne Paper Company, Appellant, v. The City of Syracuse and Others, Respondents.— Motion for reargument denied, with ten dollars costs. McLennan, P. J., not sitting.

George J. McArdell, Respondent, v. The American Car Sprinkler Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Catherine Cotriss, Respondent, v. The Village of Medina, Appellant.— Motion granted to amend order of reversal entered July 12, 1910, by inserting therein a statement that such reversal is made upon questions of law only, the facts having been examined and no error found therein.

John Meyers, Respondent, v. The American Locomotive Company, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Mary Mastropaolo, as Administratrix, etc., Respondent, v. Mary E. Gaffey, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Onondaga County, Respondent, v. City of Amsterdam, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Lewis H. Card, Respondent, v. Leonard H. Groesbeck, Appellant.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Probate of the Alleged Last Will and Testament of Sarah J. Burns, Deceased.— Appeal dismissed, without costs.

George W. Partridge and Another, Appellants, v. John W. Doty, Respondent. — Appeal dismissed, with ten dollars costs.

Jacob Urban, Appellant, v. John W. Doty, Respondent.— Appeal dismissed, with ten dollars costs.

Edwin T. Kennedy, Respondent, v. German Fire Insurance Company of Peoria, Illinois, Appellant.— Motion to dismiss appeal denied, without costs. Appeal ordered added to non-enumerated calendar at the present term of court, to be argued on third Friday.

Village of Waterloo, Appellant, v. John G. Ward and Another, Respondents.— Motion for leave to discontinue appeal granted, with ten dollars costs and disbursements of the appeal to the respondents. Motion to dismiss appeal denied, without costs.

Leonard Fisher, Appellant, v. Henry Erb, as Executor, etc.; and Others, Respondents.— Appeal dismissed, with costs.

Mary T. Flanagan, Respondent, v. Auburn and Syracuse Electric Railroad Company, Appellant.— Appeal dismissed, without costs on stipulation filed.

Frank D. Cornish, Appellant, v. Syracuse, Lake Shore and Northern Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Louisa Johnson, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant.— Appeal dismissed, without costs upon stipulation filed.